1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SUSAN L. SMITH  (CSB #253808)
4  Special Assistant United States Attorney
        333 Market St., Suite 1500
5       San Francisco, CA 94105
        Tel: (415) 977-8973
6       Fax:  (415) 744-0134
        Email:  Susan.L.Smith@ssa.gov
7
   Attorneys for Defendant Michael J. Astrue,
8       Commissioner of Social Security

9                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
                          EASTERN DIVISION
11

12  ANNETTE BALDERRAMA,          )   EDCV 08-1673 RZ
                                 )
13         Plaintiff,            )
                                 )   [PROPOSED] JUDGMENT OF
14         v.                    )   REMAND
                                 )
15  MICHAEL J. ASTRUE, Commissioner )
    of Social Security,          )
16                               )
           Defendant.            )
17  _____)

18       The Court having approved the parties' Stipulation to Voluntary Remand
19  Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
20  ("Stipulation for Remand") lodged concurrent with the lodging of the within
21  Judgment of Remand,
22       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
23  above-captioned action is remanded to the Commissioner of Social Security for
24  further proceedings consistent with the Stipulation for Remand.
25
    DATED: May 05, 2009                    _____
26                                         HON. RALPH ZAREFSKY
27                                         UNITED STATES MAGISTRATE JUDGE
28

-1-