LAW OFFICES OF BILL LATOUR
Bill LaTour [CSBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANNETTE BALDERRAMA, ) | No. EDCV 08-1673 RZ |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND ONE HUNDRED DOLLARS and 00/cents ($2,100.00)as authorized by 28 U.S.C. §2412(d).~~, subject to the terms of the above-referenced Stipulation.~~

    DATED:  June 19, 2009     _____
                                     HON. RALPH ZAREFSKY
                                     UNITED STATES MAGISTRATE JUDGE